IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITTANY GRANT,<br>    Plaintiff | : | No. 4:23cv1932 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| NEXSTAR MEDIA GROUP, INC. d/b/a<br>THE HILL; NEXSTAR MEDIA, INC.<br>d/b/a THE HILL; and CAPITOL<br>HILL PUBLISHING CORP. d/b/a<br>THE HILL,<br>    Defendants | : | |

## ORDER

**AND NOW**, to wit, this 14th day of November 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff's motion in limine to preclude defendant from raising a failure to mitigate affirmative defense, (Doc. 39), is **DENIED** without prejudice to the plaintiff raising objections under Rule 403 as to such evidence during trial; and

2) Defendants' remaining motions in limine, (Docs. 36, 38, 40), are **GRANTED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court